425 A.2d 21

Commonwealth v. Boyce, Appellant.

Submitted March 23, 1979.  John P. Campana, for appellant;  Robert Van Der Heil, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.